TYPE OF HEARING: R5-COMP
CASE NUMBER: 22mj207
MAGISTRATE JUDGE: John F. Anderson
DATE: 8/4/22
TIME: 2PM
TAPE: FTR RECORDER

EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA

VS.

Matthew D. Rogers

GOVT. ATTY: Thomas Traxler
DEFT'S ATTY: Rammy Barbari
DUTY AFPD: _____
INTERPRETER/LANGUAGE _____

DEFT CONSENTS TO PROCEED WITH VIDEO CONFERENCE ( )
DEFT INFORMED OF RIGHTS, CHARGES AND PENALTIES (X)
DEFT INFORMED OF THE VIOLATION(S) ( )
COURT TO APPOINT COUNSEL ( )  FPD ( )  CJA ( )  Conflict List ( )
Counsel for the parties and the defendant were orally advised of the disclosure obligations set forth in Brady v. Maryland, 373 U.S. 83 (1963) and its progeny. (X)

Govt is not seeking detention.

BOND: Deft placed on PR bond w/ conds.

NEXT COURT APPEARANCE: 8/9/22   TIME: 2PM
PH - WEF

7min