AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| United States of America<br>v.<br>Matthew D. Rogers<br><br>_Defendant_ | ) ) ) ) ) ) ) | Case No. 1:22-mj-207<br><br>**UNDER SEAL** |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Matthew D. Rogers                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 922(o) - Unlawful transfer or possession of a machinegun

Date: 08/03/2022

John F. Anderson
Digitally signed by John F. Anderson
Date: 2022.08.03 15:32:54 -04'00'

_Issuing officer's signature_

City and state:   Alexandria, VA

Hon. John F. Anderson, Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 8/3/2022, and the person was arrested on _(date)_ 8/4/2022
at _(city and state)_ Manassas, VA.

Date: 8/4/2022

Kathleen Brown
_Arresting officer's signature_

Kathleen Brown
_Printed name and title_