UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

MAGISTRATE JUDGE: WILLIAM E. FITZPATRICK

UNITED STATES OF AMERICA

HEARING: PH   CASE #: 22mj207

-VS-

DATE: 8/9/22   TIME: 2:00 p.m.

Matthew Rogers

TYPE: FTR RECORDER   DEPUTY CLERK: TINA FITZGERALD

COUNSEL FOR THE UNITED STATES: Thomas Traxler
COUNSEL FOR THE DEFENDANT: Rammy Barbari
INTERPRETER: _____   LANGUAGE: _____

(X) DEFT APPEARED : (X) W/ COUNSEL ( ) W/O COUNSEL ( ) DUTY FPD PRESENT

( ) DEFT. INFORMED OF RIGHTS, CHARGES, PENALTIES and/or VIOLATIONS

( ) COURT TO APPOINT COUNSEL_____   ( ) DFT. TO RETAIN COUNSEL

( ) GVT. CALL WITNESS & ADDUCES EVIDENCE

( ) EXHBIT #_____ADMITTED

(X) PROBABLE CAUSE: FOUND (X)   NOT FOUND

(X) PRELIMINARY HEARING WAIVED

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) DEFT. ADMITS VIOLATION ( )DFT. DENIES VIOLATION ( )COURT FINDS DFT. IN VIOLATION

MINUTES:
_____
_____
_____

CONDITIONS OF RELEASE:
($    ) UNSECURED ($    ) SECURED (    ) PTS (    ) 3RD PARTY (    ) TRAVEL RESTRICTED
(    ) APPROVED RESIDENCE (    ) SATT (    ) PAY COSTS (    ) ELECTRONIC MONITORING (    ) MENTAL HEALTH TEST/TREAT (    ) ROL (    ) NOT DRIVE (    ) FIREARM (    ) PASSPORT (    ) AVOID CONTACT
(    ) ALCOHOL & DRUG USE (    ) EMPLOYMENT

(    ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS
(X) DEFENDANT CONTINUED ON CONDITIONS OF SUPERVISED (    )PROBATION (    ) RELEASE (X) BOND

NEXT COURT APPEARANCE: _____at_____Before_____
(    ) DH (    ) PH (    ) STATUS (    ) TRIAL (    ) JURY (    ) PLEA (    ) SENT (    ) PBV (    ) SRV (    ) R40 (    )ARR